**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>BUBBA GUMP SHRIMP CO. RESTAURANTS, INC.,<br><br>    Defendants. | Case No. CV 21-5288-DMG (AFMx)<br><br>**JUDGMENT** |

Defendant having made an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 [Doc. # 15], and Plaintiff having accepted [Doc. # 16],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Andres Gomez and against Defendant Bubba Gump Shrimp Co. Restaurants, Inc. Defendant shall pay Plaintiff $4,001.00, which amount includes all damages, interest, costs of suit, litigation expenses, and attorney's fees that might otherwise be recoverable in this action by Plaintiff.

DATED: September 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE